AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  ROSS, ALLYNE R. | 2. Court or Organization  U.S.D.C., EDNY | 3. Date of Report  04/17/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. DISTRICT JUDGE | 5a. Report Type (check appropriate type)  ☐ Nomination   Date  ☐ Initial   ☑ Annual   ☐ Final  5b. ☐  Amended Report | 6. Reporting Period  01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

U.S. DISTRICT COURT, EDNY
225 CADMAN PLAZA EAST
ROOM 915 SOUTH
BROOKLYN, NY 11201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 04/17/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Trustee of WisdomTree Trust (trustee fees) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 04/17/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 04/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 (H) | | | | | | | | | |
| 2. Northwestern Mutual Whole Life Insurance | B | Interest | L | T | | | | | |
| 3. IRA #1 (H) | | | | | | | | | |
| 4. Wells Fargo IR Insured Deposit (cash) | A | Interest | M | T | Open | 01/20/17 | M | | |
| 5. Cisco Systems | | None | | | Sold | 01/27/17 | K | D | |
| 6. General Electric | | None | | | Sold | 01/30/17 | K | E | |
| 7. Citigroup | | None | | | Sold | 01/30/17 | J | A | |
| 8. Intel | | None | | | Sold | 01/27/17 | J | A | |
| 9. Enterprise Prods Partners | | None | | | Sold | 01/27/17 | K | D | 12, 19 |
| 10. BlackRock Global Energy & Resources Trust (BGR) | B | Dividend | K | T | | | | | |
| 11. BlackRock Health Sciences Trust | B | Dividend | | | Sold | 06/26/17 | K | A | |
| 12. Clearbridge Energy MLP (CEM) | B | Dividend | J | T | | | | | |
| 13. Fiduciary/Claymore MLP (FMO) | B | Dividend | K | T | | | | | |
| 14. Adobe Systems (ADBE) | | None | | | Sold | 01/27/17 | K | B | |
| 15. American Water Works Co (AWK) | A | Dividend | | | Sold | 02/24/17 | K | A | |
| 16. Tekla Healthcare (HQH) | B | Dividend | K | T | | | | | |
| 17. Dow Chemical | | None | | | Sold | 01/27/17 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 04/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Cohen & Steers Infrastructure Fund | A | Dividend | | | Sold | 01/30/17 | J | B | |
| 19. Kayne Anderson Energy Dev. Co. | | None | | | Sold | 01/27/17 | K | C | |
| 20. Kayne Anderson MLP Inv. Co. | | None | | | Sold | 01/30/17 | K | D | |
| 21. Bank of America | | None | | | Sold | 01/27/17 | K | D | |
| 22. Bank of America preferred | | None | | | Sold | 01/30/17 | K | A | |
| 23. Bristol Myers Squibb | | None | | | Sold | 02/24/17 | K | | |
| 24. CVS | A | Dividend | | | Sold | 01/31/17 | K | A | |
| 25. Target Corporation (TGT) | A | Dividend | J | T | | | | | |
| 26. Wells Fargo & Co New (WFC) | | None | | | Sold | 01/27/17 | K | D | |
| 27. NXP Semiconductors NV (NXPI) | | None | | | Sold | 01/30/17 | J | B | |
| 28. Sunoco Logistics Part (SXL) | | None | | | Sold | 01/30/17 | K | B | |
| 29. Pepsico | | None | | | Sold | 01/30/17 | K | D | |
| 30. Pfizer Inc. | | None | | | Sold | 01/30/17 | K | B | |
| 31. NY CMNTY CAPITAL Trust | A | Interest | | | Sold | 02/01/17 | K | A | |
| 32. SPDR S&P Biotech | A | Dividend | | | Sold | 06/22/17 | J | A | |
| 33. Apple | | None | | | Sold | 01/30/17 | K | E | |
| 34. Ares Commerical Real Estate | | None | | | Sold | 01/27/17 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 04/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Blackstone Group | | None | | | Sold | 05/25/17 | K | B | |
| 36. Costco | | None | | | Sold | 01/30/17 | K | B | |
| 37. Netflix Inc (NFLX) | | None | | | Sold | 01/27/17 | J | C | |
| 38. Blackstone/GSO Strat Credit FD | | None | | | Sold | 01/27/17 | K | C | |
| 39. IBM | | None | | | Sold | 01/27/17 | K | B | |
| 40. Barclays Bank | | None | | | Sold | 01/30/17 | K | A | |
| 41. HSBC Holdings | | None | | | Sold | 02/16/17 | K | A | |
| 42. Keycorp | | None | | | Sold | 01/30/17 | K | B | |
| 43. Eaton Vance Tax Mgd | A | Dividend | | | Sold | 02/17/17 | K | A | |
| 44. ishares Nasdaq Biotech ETF | A | Dividend | J | T | | | | | |
| 45. Fidelity Extd Market Index Premium Class (FSEVX) | D | Dividend | N | T | Buy | 01/20/17 | M | | |
| 46. | | | | | Buy (add'l) | 01/30/17 | L | | |
| 47. | | | | | Buy (add'l) | 02/03/17 | J | | |
| 48. Fidelity Mid Cap Index Premium Class (FSCKX) | D | Dividend | N | T | Buy | 01/27/17 | N | | |
| 49. Fidelity Total Emerging Markets FD (FTEMX) | D | Dividend | M | T | Buy | 02/14/17 | K | | |
| 50. | | | | | Buy (add'l) | 02/15/17 | K | | |
| 51. | | | | | Buy (add'l) | 02/27/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 04/17/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 03/16/17 | J | | |
| 53. | | | | | Buy (add'l) | 05/23/17 | K | | |
| 54. | | | | | Buy (add'l) | 06/20/17 | J | | |
| 55. | | | | | Buy (add'l) | 06/22/17 | K | | |
| 56. Wisdomtree TR US Qlt Shared YLD (QSY) | C | Dividend | N | T | Buy | 01/27/17 | N | | |
| 57. IRA #2 (H) | | | | | | | | | |
| 58. Morgan Stanley Bank Account (Y) | | | | | | | | | |
| 59. Dominion Resources (Y) | | | | | | | | | |
| 60. Kayne Anderson Energy (Y) | | | | | | | | | |
| 61. Cohen & Steers Infrastructure Fund (Y) | | | | | | | | | |
| 62. Power Shares (Y) | | | | | | | | | |
| 63. Brisol Myers Squibb (Y) | | | | | | | | | |
| 64. Caterpillar (Y) | | | | | | | | | |
| 65. Freeport McMoran Copper & Gold (Y) | | | | | | | | | |
| 66. Merck (Y) | | | | | | | | | |
| 67. Clorox (Y) | | | | | | | | | |
| 68. Colgate Palmolive (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 04/17/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Teva Pharmaceuticals (Y) | | | | | | | | | |
| 70. General Electric (Y) | | | | | | | | | |
| 71. Kinder Morgan (Y) | | | | | | | | | |
| 72. Tekla Healthcare (Y) | | | | | | | | | |
| 73. IRA #3 (H) | | | | | | | | | |
| 74. Fidelity Small Cap Index Premium Class (FSSVX) | E | Dividend | O | T | Sold (part) | 12/11/17 | K | D | 86 |
| 75. Fidelity Extended Market Index Premium Class (FSEVX) | E | Dividend | O | T | Sold (part) | 12/11/17 | K | C | 87 |
| 76. IRA #4 (H) | | | | | | | | | |
| 77. Citibank Accounts (cash) (Y) | | | | | | | | | |
| 78. Fidelity 500 Index Premium Class (FUSVX) | C | Dividend | M | T | Buy | 01/06/17 | J | | |
| 79. | | | | | Sold (part) | 12/11/17 | J | B | |
| 80. Fidelity Int'l Enhanced Index Fund (FIENX) (X) | B | Dividend | M | T | Buy | 08/02/17 | M | | |
| 81. WisdomTree TR Midcap DN FD (DON) | B | Dividend | K | T | Buy (add'l) | 01/09/17 | L | | 90 |
| 82. | | | | | Sold (part) | 08/04/17 | M | D | |
| 83. IRA #5 (H) | | | | | | | | | |
| 84. Fidelity Mid Cap Index Premium Class (FSCKX) (X) | B | Dividend | M | T | Sold (part) | 12/11/17 | J | A | |
| 85. Brokerage #1 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 04/17/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Vanguard Ltd-Term Tax-Exempt Fund (VMLUX) | D | Dividend | N | T | Sold (part) | 06/13/17 | L | | |
| 87. | | | | | Sold (part) | 09/11/17 | K | | |
| 88. Vanguard Emerging Markets Index Fund (VWO) | D | Dividend | N | T | | | | | |
| 89. Vanguard Mid-Cap Index Fund (VIMAX) | E | Dividend | P1 | T | | | | | |
| 90. Vanguard High-Yield Tax-Exempt Fund (VWALX) | D | Dividend | N | T | | | | | |
| 91. Vanguard European Stock Index Fund (VEUSX) | D | Dividend | N | T | | | | | |
| 92. Vanguard Global Real Estate Fund (VNQI) | C | Dividend | L | T | | | | | |
| 93. Wisdom Tree U.S. Small Cap. Div. Growth ETF (DGRS) | C | Dividend | M | T | | | | | |
| 94. Wisdom Tree Global ex-US Quality Dividend (DNL) | B | Dividend | L | T | | | | | |
| 95. IShares Core S&P Small Cap ETF (IJR) | C | Dividend | M | T | | | | | |
| 96. Vanguard Explorer Admiral CL (VEXRX) | D | Dividend | M | T | Buy | 02/13/17 | L | | |
| 97. | | | | | Buy (add'l) | 12/13/17 | L | | |
| 98. Vanguard Intermediate Term Tax Exempt Adm (VWIUX) (X) | D | Dividend | N | T | | | | | |
| 99. Oppenheimer Developing Markets CL Y (ODVYX) | A | Dividend | M | T | | | | | 639 |
| 100. Equifax Inc (EFX) | A | Dividend | K | T | Buy | 09/12/17 | K | | |
| 101. General Electic Co (GE) | | None | J | T | Buy | 11/14/17 | J | | |
| 102. Brokerage #2 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 04/17/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Wisdom Tree Managed Futures ETF | | None | L | T | | | | | |
| 104. Brokerage #3 (H) | | | | | | | | | |
| 105. ML Bank Deposit Program (Cash Account) (X) | A | Interest | M | T | | | | | |
| 106. Acadia Healthcare Co Inc | | None | | | Buy | 01/09/17 | J | | |
| 107. | | | | | Sold (part) | 08/11/17 | J | A | |
| 108. | | | | | Sold (part) | 10/27/17 | J | | |
| 109. | | | | | Sold (part) | 11/02/17 | J | | |
| 110. | | | | | Sold | 11/17/17 | J | | |
| 111. Adobe Systems Inc (ADBE) | | None | K | T | Sold (part) | 03/23/17 | J | A | 107 |
| 112. Aetna Inc (AET) | A | Dividend | K | T | Sold (part) | 11/02/17 | J | B | |
| 113. Air Liquide ADR France ADR (AIQUY) | A | Dividend | K | T | Buy (add'l) | 04/25/17 | J | | |
| 114. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 115. | | | | | Buy (add'l) | 08/15/17 | J | | |
| 116. Air Prod & Chemical INC (APD) | A | Dividend | J | T | Sold (part) | 08/11/17 | J | | |
| 117. Airbus SE (EADSY) | A | Dividend | J | T | Buy (add'l) | 08/15/17 | J | | 215 |
| 118. | | | | | Sold (part) | 12/04/17 | J | A | |
| 119. Alexion Pharmaceuticals INC (ALXN) | | None | J | T | Sold (part) | 02/17/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 04/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 02/27/17 | J | | |
| 121. Allergan PLC (AGN) | A | Dividend | J | T | Buy | 01/19/17 | K | | |
| 122. | | | | | Sold (part) | 01/25/17 | J | | |
| 123. | | | | | Sold (part) | 01/31/17 | J | | |
| 124. | | | | | Sold (part) | 08/11/17 | J | A | |
| 125. Alphabet Inc CL C (GOOG) | | None | K | T | Sold (part) | 01/31/17 | J | A | |
| 126. | | | | | Sold (part) | 05/05/17 | J | A | |
| 127. | | | | | Sold (part) | 05/31/17 | J | A | |
| 128. | | | | | Sold (part) | 11/16/17 | J | A | |
| 129. Amazon.com INC (AMZN) | | None | K | T | Sold (part) | 11/16/17 | J | A | |
| 130. American International Group Com New (AIG) | A | Dividend | K | T | Buy (add'l) | 03/14/17 | J | | |
| 131. | | | | | Buy (add'l) | 05/08/17 | J | | |
| 132. | | | | | Buy (add'l) | 09/01/17 | J | | |
| 133. American Tower Corp. REIT (AMT) | A | Dividend | K | T | Sold (part) | 04/21/17 | J | A | |
| 134. | | | | | Sold (part) | 05/31/17 | J | A | |
| 135. | | | | | Sold (part) | 11/16/17 | J | A | |
| 136. Anheuser Busch INBEV Spon ADR (BUD) | A | Dividend | J | T | Buy (add'l) | 01/24/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 04/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 01/27/17 | J | | |
| 138. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 139. | | | | | Buy (add'l) | 08/15/17 | J | | |
| 140. Anthem Inc. (ANTM) | A | Dividend | K | T | | | | | |
| 141. Arcelormittal SA NY Registered Foreign Stock (MT) | | None | J | T | Buy (add'l) | 06/21/17 | J | | |
| 142. | | | | | Buy (add'l) | 08/15/17 | J | | |
| 143. | | | | | Sold (part) | 12/04/17 | J | B | |
| 144. Astrazeneca PLC Spon ADR (AZN) | A | Dividend | K | T | Buy | 01/13/17 | K | | |
| 145. | | | | | Buy (add'l) | 07/27/17 | J | | |
| 146. | | | | | Sold (part) | 08/10/17 | J | | |
| 147. Australia & New Zealand Banking Group (ANZBY) | B | Dividend | K | T | Sold (part) | 07/27/17 | J | A | |
| 148. | | | | | Buy (add'l) | 08/15/17 | J | | |
| 149. AXA Spons ADR (AXAHY) | A | Dividend | K | T | Buy (add'l) | 08/15/17 | J | | 143 |
| 150. Banco Santander SA ADR (SAN) | A | Dividend | J | T | Buy | 08/16/17 | J | | |
| 151. Banco Santander Chile Spon ADR (BSAC) | A | Dividend | | | Sold | 08/16/17 | J | | |
| 152. Bayer AG Sp ADR (BAYRY) (X) | A | Dividend | J | T | Buy (add'l) | 01/24/17 | J | | |
| 153. | | | | | Buy (add'l) | 08/15/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 04/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Becton Dickinson & Co | A | Dividend | | | Buy | 01/13/17 | J | | |
| 155. | | | | | Sold | 10/24/17 | J | B | |
| 156. Biomarin Pharmaceutical Inc (BMRN) | | None | J | T | Buy (add'l) | 01/19/17 | J | | |
| 157. | | | | | Buy (add'l) | 08/03/17 | J | | |
| 158. BNP Paribas Sa ADR (BNPQY) | A | Dividend | K | T | Sold (part) | 02/10/17 | J | A | |
| 159. | | | | | Buy (add'l) | 08/15/17 | J | | |
| 160. | | | | | Buy (add'l) | 12/04/17 | J | | |
| 161. Bridgestone Corp LTD ADR Japan (BRDCY) | A | Dividend | J | T | Buy (add'l) | 01/30/17 | J | | |
| 162. | | | | | Buy (add'l) | 08/15/17 | J | | |
| 163. Brighthouse Finl Inc Reg (BHF) (X) | | None | J | T | | | | | |
| 164. British American Tobacco (BTI) | | None | | | Sold | 01/27/17 | J | A | |
| 165. Celgene Corp. (CELG) | | None | K | T | Sold (part) | 05/31/17 | J | | |
| 166. Centrica PLC New 2004 Spon ADR (CPYYY) | | None | | | Buy (add'l) | 01/24/17 | J | | |
| 167. | | | | | Sold | 03/02/17 | J | | |
| 168. Chevron Corp (CVX) | A | Dividend | K | T | Buy (add'l) | 09/18/17 | J | | |
| 169. | | | | | Buy (add'l) | 10/23/17 | J | | |
| 170. Chubb Ltd CHF (CB) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  Citigroup Inc (C) | A | Dividend | K | T | Buy (add'l) | 08/16/17 | J | | |
| 172.  CK Hutchison Hlds LTD (CKHUY) | A | Dividend | | | Buy (add'l) | 01/24/17 | J | | |
| 173. | | | | | Sold (part) | 05/30/17 | J | | |
| 174. | | | | | Sold | 06/06/17 | J | A | |
| 175.  CME Group Inc (CME) | A | Dividend | | | Sold | 05/08/17 | J | B | |
| 176.  CMS Energy Corp (CMS) | A | Dividend | | | Sold (part) | 03/08/17 | J | | |
| 177. | | | | | Sold (part) | 03/09/17 | J | | |
| 178. | | | | | Sold | 03/13/17 | J | A | |
| 179.  CNOOC Ltd. Spon ADR (CEO) | A | Dividend | J | T | Buy (add'l) | 05/15/17 | J | | |
| 180.  Coca Cola Co Com (KO) | A | Dividend | | | Sold | 07/25/17 | J | A | |
| 181.  Comcast Corp New Cl A (CMCSA) | A | Dividend | K | T | | | | | |
| 182.  Concho Resources Inc (CXO) | | None | J | T | Buy (add'l) | 01/19/17 | J | | |
| 183. | | | | | Buy (add'l) | 02/13/17 | J | | |
| 184. | | | | | Buy (add'l) | 03/23/17 | J | | |
| 185. | | | | | Sold (part) | 08/11/17 | J | | |
| 186.  ConocoPhillips (COP) | A | Dividend | | | Sold | 02/24/17 | J | A | |
| 187.  Costco Wholesale Corp (COST) | A | Dividend | K | T | Buy (add'l) | 03/23/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 04/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 12/01/17 | J | A | |
| 189. | | | | | Sold (part) | 12/04/17 | J | A | |
| 190. Credit Suisse Group Spon ADR | A | Dividend | J | T | Buy | 05/23/17 | J | | |
| 191. | | | | | Buy (add'l) | 06/09/17 | J | | |
| 192. | | | | | Buy (add'l) | 08/15/17 | J | | |
| 193. | | | | | Sold (part) | 12/04/17 | J | A | |
| 194. CRH Plc Adr (CRH) | | None | J | T | Buy | 12/04/17 | J | | |
| 195. CVS Health Corp (CVS) | A | Dividend | | | Sold (part) | 04/10/17 | J | | |
| 196. | | | | | Sold | 11/02/17 | J | | |
| 197. DBS Group Holdings LTD SPON ADR (DBSDY) | A | Dividend | J | T | Buy (add'l) | 01/19/17 | J | | |
| 198. | | | | | Buy (add'l) | 10/13/17 | J | | |
| 199. | | | | | Sold (part) | 12/04/17 | J | A | |
| 200. Diageo PLC New GB SPON ADR (DEO) | A | Dividend | K | T | Buy (add'l) | 01/31/17 | J | | |
| 201. | | | | | Buy (add'l) | 02/06/17 | J | | |
| 202. Dollar General Corp New | A | Dividend | J | T | Sold (part) | 01/24/17 | J | A | |
| 203. | | | | | Sold (part) | 05/22/17 | J | A | |
| 204. Dominion Resources Inc VA (D) | A | Dividend | | | Sold (part) | 05/08/17 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 04/17/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 06/07/17 | J | B | |
| 206. | | | | | Sold (part) | 06/26/17 | J | A | |
| 207. | | | | | Sold | 07/25/17 | J | A | |
| 208.   Dowdupont Inc Com (DWDP) | A | Dividend | K | T | Buy (add'l) | 01/11/17 | J | | 204 |
| 209. | | | | | Buy (add'l) | 01/31/17 | J | | |
| 210. | | | | | Buy (add'l) | 02/24/17 | J | | |
| 211. | | | | | Buy (add'l) | 03/27/17 | J | | |
| 212. | | | | | Buy (add'l) | 04/19/17 | J | | |
| 213. | | | | | Sold (part) | 11/24/17 | J | A | |
| 214.   Du Pont De Nemours (DD) | A | Dividend | | | Sold (part) | 01/11/17 | J | A | |
| 215. | | | | | Sold (part) | 02/24/17 | J | A | |
| 216. | | | | | Sold (part) | 03/27/17 | J | A | |
| 217. | | | | | Sold | 04/19/17 | J | A | |
| 218.   Dr Pepper Snapple Group (DPS) | | None | J | T | Buy | 08/05/17 | J | | |
| 219. | | | | | Buy (add'l) | 08/06/17 | J | | |
| 220.   Enel SPA ADR (ENLAY) | A | Dividend | K | T | Buy (add'l) | 08/15/17 | J | | |
| 221.   Equinix Inc. REIT (EQIX) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 04/17/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Exelon Corp (EXC) | A | Dividend | J | T | Sold (part) | 05/08/17 | J | A | |
| 223. Exxon Mobil | A | Dividend | | | Sold (part) | 05/08/17 | J | A | |
| 224. | | | | | Sold | 07/25/17 | J | A | |
| 225. Facebook Inc CL A (FB) | | None | K | T | Sold (part) | 01/31/17 | J | A | |
| 226. | | | | | Sold (part) | 05/31/17 | J | A | |
| 227. | | | | | Sold (part) | 06/29/17 | J | | |
| 228. | | | | | Sold (part) | 11/16/17 | J | A | |
| 229. Fastenal Co (FAST) | A | Dividend | J | T | Buy (add'l) | 01/19/17 | J | | |
| 230. | | | | | Buy (add'l) | 03/23/17 | J | | |
| 231. | | | | | Buy (add'l) | 05/23/17 | J | | |
| 232. | | | | | Sold (part) | 07/17/17 | J | | |
| 233. Ferguson PLC ADR (FERGY) | A | Dividend | J | T | Buy | 08/15/17 | J | | |
| 234. | | | | | Sold (part) | 12/05/17 | J | A | |
| 235. Firstenergy Corp (FE) | A | Dividend | K | T | Buy | 07/25/17 | J | | |
| 236. | | | | | Buy (add'l) | 10/10/17 | J | | |
| 237. Gap Inc (GPS) | A | Dividend | | | Buy (add'l) | 01/13/17 | J | | |
| 238. | | | | | Sold | 08/02/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 04/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. General Electric Co (GE) | A | Dividend | J | T | Sold (part) | 02/24/17 | J | | |
| 240. Goldman Sachs Group Inc (GS) | A | Dividend | K | T | Buy (add'l) | 05/08/17 | J | | |
| 241. | | | | | Buy (add'l) | 05/22/17 | J | | |
| 242. Haliburton Company (HAL) | A | Dividend | J | T | Buy | 07/25/17 | J | | |
| 243. Hess Corp (HES) | A | Dividend | J | T | Buy (add'l) | 03/13/17 | J | | |
| 244. Home Depot Inc (HD) | A | Dividend | K | T | Sold (part) | 02/24/17 | J | B | |
| 245. | | | | | Sold (part) | 03/14/17 | J | B | |
| 246. | | | | | Sold (part) | 06/26/17 | J | B | |
| 247. | | | | | Buy (add'l) | 11/15/17 | J | | |
| 248. Honda Motor Co ADR Japan ADR (HMC) | A | Dividend | K | T | Buy (add'l) | 03/09/17 | J | | |
| 249. | | | | | Buy (add'l) | 05/30/17 | J | | |
| 250. | | | | | Buy (add'l) | 08/15/17 | J | | |
| 251. Honeywell International Inc (HON) | A | Dividend | K | T | | | | | |
| 252. HSBC Holding PLC (HSBC) | A | Dividend | K | T | Buy | 06/09/17 | J | | |
| 253. | | | | | Buy (add'l) | 08/15/17 | J | | |
| 254. | | | | | Buy (add'l) | 10/04/17 | J | | |
| 255. | | | | | Buy (add'l) | 12/04/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 04/17/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Iberdrola SA ADR (IBDRY) | A | Dividend | K | T | Buy | 03/02/17 | J | | |
| 257. | | | | | Buy (add'l) | 03/09/17 | J | | |
| 258. | | | | | Buy (add'l) | 08/15/17 | J | | |
| 259. | | | | | Buy (add'l) | 12/05/17 | J | | |
| 260. Illumina Inc Com (ILMN) | | None | J | T | Buy | 01/19/17 | J | | |
| 261. Infineon Technologies ADR (IFNNY) | A | Dividend | J | T | | | | | |
| 262. ING Groep N V NL Spon ADR (ING) | A | Dividend | K | T | Buy (add'l) | 08/15/17 | J | | 253 |
| 263. Intel Corp (INTC) | A | Dividend | | | Buy (add'l) | 01/11/17 | J | | |
| 264. | | | | | Sold (part) | 03/09/17 | J | | |
| 265. | | | | | Sold | 03/14/17 | J | B | |
| 266. Intercontinential Hotels Group PLC New Spon ADR (IHG) | A | Dividend | J | T | | | | | |
| 267. Intesa San Paolo Spon ADR (ISNPY) | A | Dividend | J | T | Sold (part) | 01/25/17 | J | | |
| 268. | | | | | Buy (add'l) | 08/15/17 | J | | |
| 269. International Paper Co Common Stock (IP) | A | Dividend | J | T | | | | | |
| 270. Intrapublic Group of CO (IPG) | A | Dividend | J | T | Buy | 10/11/17 | J | | |
| 271. Invesco Ltd (IVZ) | A | Dividend | J | T | | | | | |
| 272. ITV PLC ADR (ITVPY) | A | Dividend | J | T | Buy (add'l) | 06/06/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 04/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy (add'l) | 08/15/17 | J | | |
| 274. Japan Tabacco Inc ADR (JAPAY) | | None | J | T | Buy | 05/26/17 | J | | |
| 275. | | | | | Buy (add'l) | 06/06/17 | J | | |
| 276. | | | | | Buy (add'l) | 08/15/17 | J | | |
| 277. Johnson & Johnson | A | Dividend | | | Buy (add'l) | 01/13/17 | J | | |
| 278. | | | | | Sold (part) | 07/25/17 | J | B | |
| 279. | | | | | Sold (part) | 11/09/17 | J | B | |
| 280. | | | | | Sold | 12/04/17 | J | A | |
| 281. JPMorgan Chase & Co (JPM) | B | Dividend | L | T | | | | | |
| 282. KBC Group NV ADR (KBCSY) | A | Dividend | J | T | Sold (part) | 06/09/17 | J | A | |
| 283. | | | | | Buy (add'l) | 08/15/17 | J | | |
| 284. Kellogg CO (K) | A | Dividend | J | T | Buy | 11/07/17 | J | | |
| 285. Keycorp New (KEY) | A | Dividend | J | T | Sold (part) | 11/09/17 | J | B | |
| 286. Koninkluke Philips NV Spon ADR | A | Dividend | K | T | Buy | 03/16/17 | J | | |
| 287. | | | | | Buy (add'l) | 03/17/17 | J | | |
| 288. | | | | | Buy (add'l) | 04/06/17 | J | | |
| 289. | | | | | Buy (add'l) | 05/08/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Kroger Company (KR) | A | Dividend | J | T | Sold (part) | 05/22/17 | J | | |
| 291. Lafargeholcim LTD Unsponsored ADR | A | Dividend | J | T | Buy (add'l) | 08/15/17 | J | | |
| 292. | | | | | Buy (add'l) | 12/05/17 | J | | |
| 293. Lloyds Banking Group PLC Spon ADR | A | Dividend | | | Buy (add'l) | 01/24/17 | J | | |
| 294. | | | | | Sold | 05/25/17 | J | A | |
| 295. Lockheed Martin Corp (LMT) | A | Dividend | J | T | | | | | |
| 296. Lowe's Companies Inc (LOW) | A | Dividend | J | T | Buy | 09/18/17 | J | | |
| 297. Marathon Oil Corp (MRO) | A | Dividend | | | Sold | 12/04/17 | J | A | |
| 298. Marathon Petroleum Co (MPC) | A | Dividend | J | T | | | | | |
| 299. Marsh & Mclennan Cos Inc (MMC) | A | Dividend | J | T | | | | | |
| 300. Mastercard Inc (MA) | A | Dividend | K | T | Buy | 01/25/17 | J | | |
| 301. | | | | | Buy (add'l) | 01/31/17 | J | | |
| 302. Mattel Inc Com (MAT) | | None | J | T | Buy | 08/04/17 | J | | |
| 303. | | | | | Buy (add'l) | 08/07/17 | J | | |
| 304. Mckesson Corp Com (MCK) | | None | J | T | Buy | 06/26/17 | J | | |
| 305. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 306. Medtronic PLC SHS (MDT) | | None | K | T | Buy | 10/24/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,000 or less | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 04/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy (add'l) | 10/25/17 | J | | |
| 308. Merck & Co Inc New Com (MRK) | A | Dividend | K | T | Buy (add'l) | 01/13/17 | J | | |
| 309. | | | | | Buy (add'l) | 09/18/17 | J | | |
| 310. MetLife Inc (MET) | A | Dividend | K | T | Buy (add'l) | 01/13/17 | J | | |
| 311. | | | | | Buy (add'l) | 06/26/17 | J | | |
| 312. | | | | | Buy (add'l) | 08/16/17 | J | | |
| 313. Microsoft Corp (MSFT) | A | Dividend | K | T | Sold (part) | 01/11/17 | J | B | |
| 314. | | | | | Sold (part) | 11/09/17 | J | B | |
| 315. Mitsubishi UFJ Financial Group Inc (MTU) | A | Dividend | K | T | Buy (add'l) | 08/15/17 | J | | |
| 316. | | | | | Sold (part) | 12/04/17 | J | A | |
| 317. Mobileye N.V. Amstelveen EUR (MBLY) | | None | | | Buy (add'l) | 01/19/17 | J | | |
| 318. | | | | | Sold (part) | 02/13/17 | J | | |
| 319. | | | | | Sold (part) | 03/23/17 | J | B | |
| 320. | | | | | Sold (part) | 06/01/17 | J | | |
| 321. | | | | | Sold (part) | 06/02/17 | J | | |
| 322. | | | | | Sold (part) | 06/06/17 | J | B | |
| 323. | | | | | Sold (part) | 06/12/17 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 04/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold (part) | 06/16/17 | J | A | |
| 325. | | | | | Sold (part) | 06/19/17 | J | A | |
| 326. | | | | | Sold | 06/20/17 | J | | |
| 327. Mondelez Intl Inc (MDLZ) | A | Dividend | | | Sold | 09/01/17 | J | | |
| 328. Monster Beverage Corp New Com (MNST) | None | | K | T | | | | | |
| 329. Morgan Stanley (MS) | A | Dividend | K | T | Sold (part) | 05/22/17 | J | A | |
| 330. Motorola Solutions Inc (MSI) | A | Dividend | J | T | | | | | |
| 331. National Grid PLC New Spon ADR (NGG) | A | Dividend | | | Buy (add'l) | 01/24/17 | J | | |
| 332. | | | | | Sold (part) | 05/01/17 | J | | |
| 333. | | | | | Sold | 05/31/17 | J | A | |
| 334. Nextera Energy Inc Com (NEE) | A | Dividend | K | T | | | | | |
| 335. Nielsen Holdings PLC SHS (NLSN) | A | Dividend | J | T | Buy | 09/19/17 | J | | |
| 336. | | | | | Buy (add'l) | 09/20/17 | J | | |
| 337. Nippon Telegraph & Tel Corp Spon ADR (NTTYY) | A | Dividend | K | T | Buy (add'l) | 08/15/17 | J | | |
| 338. Nordea Bank Swed ADR (NRBAY) | A | Dividend | | | Sold | 06/12/17 | J | B | |
| 339. Norsk Hydro A.S. New Norway Spon ADR (NHYDY) | A | Dividend | J | T | Sold (part) | 04/26/17 | J | A | |
| 340. | | | | | Buy (add'l) | 08/15/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 04/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Northrup Grumman Corp (NOC) | A | Dividend | K | T | | | | | |
| 342. Novartis AF Spon ADR (NVS) | | None | J | T | Buy | 06/21/17 | J | | |
| 343. | | | | | Buy (add'l) | 08/16/17 | J | | |
| 344. Novo Nordisk A S ADR (NVO) | | None | J | T | Buy | 10/13/17 | J | | |
| 345. | | | | | Buy (add'l) | 10/16/17 | J | | |
| 346. | | | | | Buy (add'l) | 10/24/17 | J | | |
| 347. Occidental Petroleum CRP Common Stock (OXY) | A | Dividend | | | Sold (part) | 10/25/17 | J | | |
| 348. | | | | | Sold (part) | 10/26/17 | J | | |
| 349. | | | | | Sold | 10/27/17 | J | | |
| 350. Oracle Corp. (ORCL) | A | Dividend | K | T | Buy (add'l) | 01/11/17 | J | | |
| 351. | | | | | Buy (add'l) | 02/24/17 | J | | |
| 352. | | | | | Buy (add'l) | 11/07/17 | J | | |
| 353. Paypal Holdings Inc (PYPL) | | None | K | T | | | | | |
| 354. Pfizer Inc Common Stock (PFE) | B | Dividend | L | T | Buy (add'l) | 01/13/17 | K | | |
| 355. | | | | | Buy (add'l) | 05/05/17 | J | | |
| 356. | | | | | Buy (add'l) | 08/01/17 | J | | |
| 357. | | | | | Buy (add'l) | 10/10/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358.  PG&E Corp (PCG) | A | Dividend | K | T | Buy | 03/07/17 | J | | |
| 359. | | | | | Buy (add'l) | 03/08/17 | J | | |
| 360. | | | | | Buy (add'l) | 03/09/17 | J | | |
| 361. | | | | | Buy (add'l) | 05/08/17 | J | | |
| 362. | | | | | Buy (add'l) | 11/01/17 | J | | |
| 363. | | | | | Buy (add'l) | 11/07/17 | J | | |
| 364. | | | | | Buy (add'l) | 11/21/17 | J | | |
| 365.  Philip Morris Intl Inc (PM) | A | Dividend | J | T | | | | | |
| 366.  Praxair Inc (PX) | A | Dividend | J | T | | | | | |
| 367.  Priceline Group Inc New (PCLN) | | None | | | Sold (part) | 02/27/17 | J | | |
| 368. | | | | | Sold (part) | 05/05/17 | J | A | |
| 369. | | | | | Sold (part) | 06/29/17 | J | A | |
| 370. | | | | | Sold | 11/03/17 | J | A | |
| 371.  Procter & Gamble Co (PG) | A | Dividend | J | T | | | | | |
| 372.  Prudential Financial Inc (PRU) | A | Dividend | K | T | Sold (part) | 06/26/17 | J | B | |
| 373.  Prudential PLC ADR United Kingdom (PUK) | A | Dividend | K | T | Buy (add'l) | 08/15/17 | J | | |
| 374.  Public Service Enterprise Group Inc Common Stock (PEG) | A | Dividend | K | T | Buy (add'l) | 05/08/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Buy (add'l) | 05/22/17 | J | | |
| 376. | | | | | Buy (add'l) | 06/26/17 | J | | |
| 377. Qualcomm Inc Common Stock (QCOM) | A | Dividend | K | T | Sold (part) | 01/11/17 | J | B | |
| 378. | | | | | Sold (part) | 01/24/17 | J | B | |
| 379. | | | | | Buy (add'l) | 08/16/17 | J | | |
| 380. | | | | | Buy (add'l) | 09/01/17 | J | | |
| 381. | | | | | Buy (add'l) | 10/10/17 | J | | |
| 382. | | | | | Sold (part) | 11/01/17 | J | A | |
| 383. Quest Diagnostics (DGX) | A | Dividend | J | T | Sold (part) | 07/25/17 | J | B | |
| 384. Raytheon Co New (RTN) | A | Dividend | | | Sold (part) | 03/14/17 | J | C | |
| 385. | | | | | Sold | 03/27/17 | K | C | |
| 386. Reynolds American Inc | A | Dividend | | | Sold | 01/31/17 | J | A | |
| 387. Rio Tinto PLC Spon ADR (RIO) | A | Dividend | J | T | Sold (part) | 06/05/17 | J | | |
| 388. | | | | | Buy (add'l) | 08/15/17 | J | | |
| 389. Roche Holding LTD Spons ADR Switzerland ADR (RHHBY) | A | Dividend | J | T | Buy (add'l) | 01/24/17 | J | | |
| 390. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 391. | | | | | Buy (add'l) | 08/15/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 04/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. Royal Dutch Shell PLC Cl A (RDSA) | B | Dividend | L | T | Buy (add'l) | 01/30/17 | J | | |
| 393. | | | | | Buy (add'l) | 05/08/17 | J | | |
| 394. | | | | | Buy (add'l) | 06/26/17 | J | | |
| 395. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 396. | | | | | Sold (part) | 07/27/17 | J | | |
| 397. | | | | | Buy (add'l) | 08/15/17 | J | | |
| 398. | | | | | Buy (add'l) | 10/25/17 | J | | |
| 399. | | | | | Buy (add'l) | 10/26/17 | J | | |
| 400. Ryanair Holdings PLC Spon ADR (RYAAY) | | None | J | T | Buy (add'l) | 08/15/17 | J | | |
| 401. S&P Global Inc (SPGI) | A | Dividend | J | T | Buy | 04/07/17 | J | | |
| 402. | | | | | Buy (add'l) | 04/10/17 | J | | |
| 403. | | | | | Buy (add'l) | 04/21/17 | J | | |
| 404. Salesforce.com Inc (CRM) | | None | K | T | Sold (part) | 05/31/17 | J | | |
| 405. | | | | | Sold (part) | 11/16/17 | J | A | |
| 406. Sanofi Spon ADR (SNY) | A | Dividend | J | T | Buy (add'l) | 08/15/17 | J | | |
| 407. Schlumberger LTD Netherlands Antilles Foreign Stock | A | Dividend | | | Sold | 07/25/17 | J | | |
| 408. Schneider Electric SE Unsponsored ADR (SBGSY) | A | Dividend | J | T | Buy (add'l) | 08/15/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Buy (add'l) | 10/04/17 | J | | |
| 410. Schwab Charles Corp New (SCHW) | A | Dividend | K | T | Buy (add'l) | 03/23/17 | J | | |
| 411. | | | | | Buy (add'l) | 10/10/17 | J | | |
| 412. ServiceNow Inc (NOW) | | None | K | T | Sold (part) | 02/13/17 | J | | |
| 413. Shire PLC Spon ADR (SHPG) | A | Dividend | J | T | Buy (add'l) | 01/24/17 | J | | |
| 414. | | | | | Buy (add'l) | 05/01/17 | J | | |
| 415. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 416. | | | | | Buy (add'l) | 08/15/17 | J | | |
| 417. Siemens A G Spon Adr (SIEGY) | A | Dividend | K | T | Sold (part) | 06/05/17 | J | | |
| 418. | | | | | Buy (add'l) | 08/15/17 | J | | |
| 419. | | | | | Sold (part) | 12/04/17 | J | A | |
| 420. Sony Corp. ADR New Japan ADR (SNE) | A | Dividend | | | Sold | 06/05/17 | J | | |
| 421. Splunk Inc.(SPLK) | | None | K | T | Sold (part) | 02/13/17 | J | | |
| 422. | | | | | Sold (part) | 11/16/17 | J | A | |
| 423. Starbucks Corp (SBUX) | A | Dividend | K | T | Sold (part) | 04/26/17 | J | A | |
| 424. | | | | | Sold (part) | 04/27/17 | J | A | |
| 425. Sumitomo Mitsui Financial Spon ADR (SMFG) | A | Dividend | J | T | Buy (add'l) | 08/15/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 04/17/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. Sumitomo Mitsui Trust Holdings Spon ADR (SUTNY) | A | Dividend | J | T | Buy (add'l) | 08/15/17 | J | | |
| 427. | | | | | Buy (add'l) | 12/04/17 | J | | |
| 428. Suncor Energy Inc New CAD (SU) | A | Dividend | K | T | Buy (add'l) | 02/24/17 | J | | |
| 429. | | | | | Buy (add'l) | 08/07/17 | J | | |
| 430. | | | | | Buy (add'l) | 09/01/17 | J | | |
| 431. SunTrust Banks Inc (STI) | A | Dividend | K | T | Sold (part) | 01/31/17 | J | B | |
| 432. Swiss RE AG Shs (SSREY) | | None | J | T | Buy | 08/17/17 | J | | |
| 433. | | | | | Buy (add'l) | 09/14/17 | J | | |
| 434. | | | | | Buy (add'l) | 10/04/17 | J | | |
| 435. Taiwan S Manufacturing ADR (TSM) | A | Dividend | K | T | Buy | 01/24/17 | J | | |
| 436. | | | | | Buy (add'l) | 01/25/17 | J | | |
| 437. | | | | | Buy (add'l) | 03/09/17 | J | | |
| 438. Technip FMC PLC Reg Shs (FTI) | A | Dividend | J | T | Buy (add'l) | 05/30/17 | J | | 455 |
| 439. | | | | | Buy (add'l) | 08/15/17 | J | | |
| 440. Telecom Italia SPA New Restg (TI) | | None | J | T | Buy (add'l) | 01/24/17 | J | | |
| 441. | | | | | Buy (add'l) | 08/15/17 | J | | |
| 442. | | | | | Sold (part) | 12/07/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. Teva Pharmaceuticals | A | Dividend | J | T | Buy | 01/24/17 | J | | |
| 444. | | | | | Buy (add'l) | 05/25/17 | J | | |
| 445. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 446. | | | | | Buy (add'l) | 08/15/17 | J | | |
| 447. The Priceline Group Inc (PCLN) (X) | | None | K | T | | | | | |
| 448. Total S.A. France Spon ADR (TOT) | B | Dividend | K | T | Buy (add'l) | 01/24/17 | J | | |
| 449. | | | | | Buy (add'l) | 02/24/17 | J | | |
| 450. | | | | | Sold (part) | 06/26/17 | J | | |
| 451. | | | | | Sold (part) | 07/27/17 | J | | |
| 452. | | | | | Buy (add'l) | 08/15/17 | J | | |
| 453. | | | | | Buy (add'l) | 09/01/17 | J | | |
| 454. | | | | | Sold (part) | 12/04/17 | J | B | |
| 455. Toyota (TM) | A | Dividend | J | T | Buy | 03/27/17 | J | | |
| 456. Transcanada Corp (Holding Co) (TRP) | A | Dividend | J | T | Buy (add'l) | 05/26/17 | J | | |
| 457. | | | | | Buy (add'l) | 08/15/17 | J | | |
| 458. Transunion (TRU) | | None | J | T | Buy | 04/24/17 | J | | |
| 459. | | | | | Buy (add'l) | 04/25/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 31 of 38

Name of Person Reporting

ROSS, ALLYNE R.

Date of Report

04/17/2018

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Buy (add'l) | 05/12/17 | J | | |
| 461. Travelers Cos. Inc/The (TRV) | A | Dividend | J | T | Buy (add'l) | 01/11/17 | J | | |
| 462. | | | | | Sold (part) | 03/14/17 | J | B | |
| 463. Ulta Beauty Inc (ULTA) | | None | J | T | Buy | 12/05/17 | J | | |
| 464. Unilever NV NY SHS New (UN) | A | Dividend | J | T | Buy (add'l) | 05/22/17 | J | | |
| 465. Union Pacific Corp (UNP) | A | Dividend | J | T | | | | | |
| 466. United Parcel Service Inc Cl (UPS) | A | Dividend | J | T | | | | | |
| 467. United Health Group Inc (UNH) | A | Dividend | K | T | Sold (part) | 11/09/17 | J | C | |
| 468. US Bancorp Del (New) (USB) | A | Dividend | K | T | | | | | |
| 469. Verizon Communciations Inc (VZ) | A | Dividend | K | T | Buy (add'l) | 09/18/17 | J | | |
| 470. | | | | | Buy (add'l) | 11/07/17 | J | | |
| 471. | | | | | Buy (add'l) | 12/04/17 | J | | |
| 472. Visa Inc. CL A (V) | A | Dividend | K | T | Sold (part) | 05/31/17 | J | | |
| 473. | | | | | Sold (part) | 11/16/17 | J | A | |
| 474. Vodafone Group PLC Spon ADR (VOD) | A | Dividend | K | T | Buy | 01/24/17 | J | | |
| 475. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 476. | | | | | Buy (add'l) | 08/15/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 32 of 38

Name of Person Reporting

ROSS, ALLYNE R.

Date of Report

04/17/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Buy (add'l) | 12/04/17 | J | | |
| 478. Waste Connections Inc (WCN) | A | Dividend | J | T | Buy | 06/05/17 | J | | |
| 479. | | | | | Buy (add'l) | 06/06/17 | J | | |
| 480. | | | | | Buy (add'l) | 06/12/17 | J | | |
| 481. | | | | | Buy (add'l) | 10/30/17 | J | | |
| 482. Wells Fargo & Co New (WFC) | A | Dividend | K | T | Buy (add'l) | 09/18/17 | J | | |
| 483. West Pharmacuticals Svcs Inc (WST) | A | Dividend | J | T | Buy | 07/28/17 | J | | |
| 484. | | | | | Buy (add'l) | 08/03/17 | J | | |
| 485. | | | | | Buy (add'l) | 11/01/17 | J | | |
| 486. Weyerhauser Co. (WY) | A | Dividend | | | Sold | 09/19/17 | J | B | |
| 487. Wolseley PLC Spon ADR (WOSYY) (Y) | | | | | | | | | |
| 488. Zoetis Inc (ZTS) | A | Dividend | J | T | Buy | 05/26/17 | J | | |
| 489. | | | | | Buy (add'l) | 05/30/17 | J | | |
| 490. | | | | | Buy (add'l) | 06/07/17 | J | | |
| 491. | | | | | Buy (add'l) | 06/12/17 | J | | |
| 492. Zurich Ins Group Ltd Spon ADR (ZURVY) | A | Dividend | K | T | Sold (part) | 06/21/17 | J | | |
| 493. | | | | | Buy (add'l) | 08/15/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 04/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494.  3M Co. (MMM) | A | Dividend | K | T | Buy (add'l) | 03/14/17 | J | | |
| 495.  IShares Russell 1000 Growth (IWF) | | None | | | Sold | 01/19/17 | L | B | |
| 496.  IShares MSCI EAFE Value ETF (EFV) | | None | | | Sold | 01/24/17 | L | A | |
| 497.  Vanguard Value ETF (VTV) | | None | | | Sold | 01/13/17 | L | | |
| 498.  JP Morgan International Value SMA Fund (JTIVX) | | None | M | T | Sold (part) | 04/05/17 | J | | |
| 499. | | | | | Sold (part) | 05/26/17 | J | A | |
| 500. | | | | | Sold (part) | 06/20/17 | J | A | |
| 501. | | | | | Sold (part) | 07/25/17 | J | | |
| 502. | | | | | Buy (add'l) | 08/02/17 | J | | |
| 503. | | | | | Buy (add'l) | 08/15/17 | K | | |
| 504.  Magellan Mainstream Partners LP (Y) | | | | | | | | | |
| 505.  Brokerage #4 (H) | | | | | | | | | |
| 506.  New York Thruway Bond ▓▓▓▓ | C | Interest | K | T | | | | | 642 |
| 507.  NY State Dormitory Authority Bond ▓▓▓▓ | C | Interest | L | T | | | | | 644 |
| 508.  NY State Dormitory Bond ▓▓▓▓ | B | Interest | L | T | | | | | 645 |
| 509.  NY State Environmental Bond ▓▓▓▓ | B | Interest | L | T | | | | | |
| 510.  Bay Shore NY Union Free School District ▓▓▓▓ | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 04/17/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 511. Erie County NY Bond | B | Interest | L | T | Redeemed (part) | 05/15/17 | K | | |
| 512. NYC Muni WTR in Authority Bond (No.1) | C | Interest | K | T | | | | | |
| 513. Massachusetts Bond | B | Interest | K | T | Redeemed (part) | 03/07/17 | K | B | |
| 514. Metropolitan Transit Authority Bond | B | Interest | L | T | | | | | |
| 515. Dormitory Auth of NY Bond | A | Interest | K | T | | | | | 654 |
| 516. Triborough Bridge & Tunnel Authority Bonds (2) | B | Interest | L | T | | | | | |
| 517. 34th Street Partnership Bond | C | Interest | L | T | | | | | |
| 518. Tampa Florida Bond | B | Interest | L | T | | | | | |
| 519. NYC Transit Finance Authority Future | B | Interest | L | T | | | | | |
| 520. Shenendehowa NY Bond | B | Interest | K | T | | | | | |
| 521. NYC Transit Bond | C | Interest | L | T | | | | | 662 |
| 522. Chicago O'Hare Airport Bond | B | Interest | K | T | | | | | |
| 523. NYS Dorm Auth Rev North (X) | A | Interest | | | Redeemed | 05/01/17 | K | | |
| 524. NY St Dorm Auth Sales Tax (X) | A | Interest | K | T | | | | | |
| 525. NY St Dorm Auth RE (X) | C | Interest | L | T | | | | | |
| 526. Mantanuska-Susitna Boro | B | Interest | L | T | Buy | 04/24/17 | L | | |
| 527. Erie NY Indl Dev Agy Sch FC RV Ref | | None | L | T | Buy | 05/18/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 04/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528.  University California Revs | | None | K | T | Buy | 09/20/17 | K | | |
| 529.  Brokerage #5 (H) | | | | | | | | | |
| 530.  Dodge & Cox Global Stock Fund (DODWX) (X) | E | Dividend | O | T | Buy (add'l) | 11/15/17 | L | | |
| 531.  Dodge & Cox Stock (DODGX) (X) | E | Dividend | N | T | | | | | |
| 532.  Fidelity Int'l Small Cap (FISMX) | A | Dividend | K | T | Buy | 09/29/17 | J | | |
| 533. | | | | | Buy (add'l) | 12/06/17 | K | | |
| 534.  Wisdomtree TR US Midcap Dividend (DON) | A | Dividend | L | T | Buy | 08/04/17 | J | | |
| 535. | | | | | Buy (add'l) | 09/29/17 | L | | |
| 536. | | | | | Buy (add'l) | 12/07/17 | K | | |
| 537.  Misc. Holdings (H) | | | | | | | | | |
| 538.  Greenwich Friess Long/Short Fund | | None | P1 | T | Buy | 08/01/17 | M | | |
| 539.  Oak Hill Capital Partners | | None | M | T | Buy | 02/01/17 | L | | |
| 540.  Park Overlook Equities Fund | | None | O | T | Buy | 07/01/17 | N | | |
| 541.  Trishield Special Situations Fund | | None | N | T | Sold (part) | 07/12/17 | M | F | 551 |
| 542. | | | | | Sold (part) | 09/19/17 | M | G | |
| 543.  WFG-WPX Partners LLC | E | Distribution | M | T | Sold (part) | 01/31/17 | J | B | 1 |
| 544. | | | | | Sold (part) | 03/31/17 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

# FINANCIAL DISCLOSURE REPORT
Page 36 of 38

Name of Person Reporting

ROSS, ALLYNE R.

Date of Report

04/17/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | Sold (part) | 05/31/17 | J | B | |
| 546. | | | | | Sold (part) | 07/31/17 | J | D | |
| 547. | | | | | Sold (part) | 08/31/17 | K | D | |
| 548. | | | | | Sold (part) | 11/30/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII: Header name changes do not reflect reportable transactions.

Part VII, line 2: No underlying investment options.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part VII, Column D: Where assets have been consolidated, undergone name or symbol changes, or transferred between accounts without reportable transactions, line numbers referencing the correponding entries in the 2016 report have been included for ease of review.

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 04/17/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **ALLYNE R. ROSS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544